**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>United States District Judge<br>Northern Division | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel:  410-962-3190<br>Fax: 410-962-3177 |

April 10, 2023

TO COUNSEL OF RECORD

RE:   *USA v. Adam Lane Chaudry*
          Criminal No. RDB-22-0341

Dear Counsel:

This will confirm the **TIME ONLY** of the Sentencing for the above-captioned Defendant has been adjusted.  The Revised Schedule is as follows:

**Sentencing:**            April 18, 2023  at 1:30 p.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

RDB/klf#